No. 04-02-00226-CV



In re Ricardo and Janet ACEVEDO


Original Mandamus Proceeding


Arising from the 166th Judicial District Court, Bexar County, Texas 


Trial Court No. 1999-CI-16270

Honorable Rose Spector, Judge Presiding





PER CURIAM


Sitting: Sarah B. Duncan, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice

 

Delivered and Filed: April 3, 2002


PETITION FOR WRIT OF MANDAMUS DENIED


 On March 22, 2002, relators filed a petition for writ of mandamus. This court has determined
that relators are not entitled to the relief sought. Therefore, the petition is DENIED. Tex. R. App.
P. 52.8(a).

 Relators shall pay all costs incurred in this proceeding.

 PER CURIAM

DO NOT PUBLISH